JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL V. ANDERSON, JR., M.D., ) | CASE NO. CV 12-07038 MMM (VBKx) |
| Plaintiff, ) | JUDGMENT FOR DEFENDANTS |
| vs. ) | |
| MITCHELL KATZ, M.D.; HAL YEE, JR.,M.D.; LOS ANGELES COUNTY; and DOES 2 through 10, inclusive, ) | |
| Defendants. ) | |

On March 13, 2013, the court granted in part and denied in part defendants Mitchell Katz's, Hal Yee's, and the County of Los Angeles' motion for summary judgment on plaintiff Gail V. Anderson's claim for violations of his Fourth and Fourteenth Amendment rights under 42 U.S.C. § 1983. The court granted entered summary judgment in favor of Katz and Yee on so much of Anderson's § 1983 claim as arose under the Fourteenth Amendment on qualified immunity grounds. On February 13, 2014, the court granted defendants' motion to dismiss and dismissed all aspects of Anderson's claim under 42 U.S.C. § 1983 with prejudice. The court declined to exercise supplemental jurisdiction over Anderson's state law claims. Consequently,

1    IT IS ORDERED AND ADJUDGED

2    1.  That Anderson's § 1983 claim be dismissed against defendants Mitchell Katz,
3    Hal Yee, Jr., and Los Angeles County with prejudice; and

4    2. That the clerk is directed to remand the action to Los Angeles Superior Court
5    forthwith for further proceedings on Anderson's state law claims.

7    DATED: February 13, 2014

           *Margaret M. Morrow*
           MARGARET M. MORROW
           UNITED STATES DISTRICT JUDGE